UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DEBORAH MAHLER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No.: 3:23-cv-00326-JJH |
| § | |
| NORWEX, USA INC. § | |
| § | |
| Defendants. § | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff Deborah Mahler, individually and on behalf of all others similarly situated ("Plaintiff"), and hereby files this Notice of Dismissal Without Prejudice pursuant to Rule 41 (a)(1) of the FEDERAL RULE OF CIVIL PROCEDURE, respectfully showing the Court as follows:

Plaintiff no longer seeks to pursue the claims against Norwex USA, Inc. and seeks dismissal of all claims without prejudice, as permitted by Rule 41 of the FEDERAL RULES OF CIVIL PROCEDURE. All claims of the putative class members are also dismissed without prejudice.

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge